# Exhibit A

**Burshnic II, Rudolph J.**

| | |
|---|---|
| **From:** | E. K. <rickykamer@gmail.com> |
| **Sent:** | Friday, January 20, 2023 10:49 AM |
| **To:** | hmcfeeley@fmglaw.com; Burshnic II, Rudolph J.; Johnson, Terry D.; Mark Kriegel; Law Office of Mark A. Kriegel; Rosenblatt, Richard G.; thomas.sindel@law.njoag.gov |
| **Subject:** | Re: D.N.J. Case # 22-cv-06623-CCC-JBC: NOTICE TO MORGAN LEWIS AND COLGATE DEFENDANTS |

[EXTERNAL EMAIL]
P.S.:

I know that you are desperate because two USPTO Patent Examiners rejected your offers to go along with you with your corruption and your improper offers.  **I know You feel like desperate fraudsters,  and  desperate forgerers!** I know you are desperate because you are unable to comprehend how two lowly USPTO patent examiners who do not earn much money could have turned away your stack of dollars bills and your monies and your **abysmal sexual intercourse depravity**, including the abundance of improper sexual intercourse fornications activities they could have had to go along with your corruption.

But of course, I know that with your extremely high IQ as evidenced by your very expensive and very prestigious Ivy League "Law Degrees", you certainly know the saying that for everything one thing wrong about America, there is another one thing right about America to fix that which is wrong. Of Course, I understand that you are in disbelief that this saying which you had believed was just theoretical has come upon you in real life: Two USPTO Patent examiners rejected your  **stacks of dollar bills which Ms. KIM, the Colgate's in-house counsel,  knows very well how to pack in suitcases. And two lowly USPTO patent examiners obviously rejected  your** offer to supply an abundance of improper sexual intercourse fornications activities.

Common America, let me exercise my Freedom of expression and say "**FUCK, AMERICA IS GOOD**"! For over 10 years, I lay low  and now I am seeing it for real: "**FUCK, AMERICA IS GOOD**, f**or everything one thing wrong about America, there is another one thing right about America to fix that which is wrong**"! Two lowly USPTO Patent Examiners did it! "**FUCK, AMERICA IS GOOD**"! Long Live USPTO Patent Examiners. If There is going to be justice, it  is because you Fixed America from the corruption and sexual intercourse fornication depravities of the Defendants in my lawsuit. I do not know the USPTO patent Examiners, but I wish them a long and good life!

**Ricky K.**
**Tel: 1 732 763 8622**

**Confidentiality Notice:** This E-mail is privileged and confidential and is intended only for the review of the party to whom it is sent. If you have received this E-mail in error, please immediately return it to Me. Unintended transmission shall not constitute waiver of any privilege.

On Fri, Jan 20, 2023 at 9:54 AM E. K. <rickykamer@gmail.com> wrote:
> Hi,
>
> Over the course of time, I have been patient and seen how you have attacked the articulation of my religious beliefs in sexual purity and my expression thereof against your habits of practicing improper sexual intercourse activities and using the same to corrupt justice as vulgar, offensive, etc...
>
> **At this Point I am saying I have heard and seen enough of your Islamophobic Bigotries.** I will take the issue to the Judicial council for the Third Circuit. I already filed complaints of Judicial Misconduct against two Judges at the US District Court for the Southern District Of New York, and Three Judges at the US Court Of Appeals for the Second Circuit. To which they responded by sending the US Marshall with machine guns to spy on my dwelling place and kill me. This material fact I am disclosing to you is currently pending before the Judicial Council for the second circuit. You may also access those facts under the docket of Kamdem-Ouaffo v Balchem, SDNY Case # 17-cv-02810-PMH-PED. In addition, I filed complaints of judicial misconduct against three Circuit Judges at the Second Circuit. I specifically aksed the Judicial council to refer them to the council for their impeachment.
>
> In light of the facts that transpired in the matter Kamdem-Ouaffo v Balchem, SDNY Case # 17-cv-02810-PMH-PED in which I clearly explained my Islamic religious beliefs and views against the pratice of improper sexual fornications activities such as you used with the now "**run away**" Judge Leblon to corrupt justice, and whch which you have attacked over the years as vulgar, offensive, derogatory etc....., especially your practice of improper sexual intercourse fornications for the corruption and for the furtherance of your forgeries and fraud, I will be be using your motion Brief as support and to seek relief from the Judicial council for the Third Circuit. So far, I have filed such a complaint only against Judge Hillman. But I will file against many more inclduing the circuit Judges who characterized my religious belief and my expression thereof as derogatory. I will sho clearly how those of the fellowship of improper sexual intercourse fornications operate and misuse the court system. Of course because they misuse they job at the federal court to EMIT some GOSSIP in the public domain because they know that they improper sexual inetrocurse fornications activities and they are unable to not imagine how a person can live without praticing improper sexual interocurse fornications. **We Muslims have the traditon of living without practicing improper sexual ntercourse fonications ike you. It is our religious heritage. We do not hesitate about denouncing improper sexual intercourse fonicators like you, and when the form of government permits we will identify improper sexual interocurse fornicators like you to to the government to be prosecuted and punished, including death sentence if the Jihad/Sharia law so detemines.**

As a matter of fact, in light of the recent incident during which a Professor knowingly showed a Depiction of the Prophet Of Islam to knowingly offend, shock Muslim students  and insult Islm, I am considering filing a document at the United Nations to detail the religious persecutions that people like yourselves have been doing on Muslims in this country in the name of your improper practices.

At this point I say enough is enough. I have heard and had enough of your **bigotries, Frauds, Fogeriess, thieveries.**

You ain't got nothing to teach nobody.

Thank you


**Ricky K.**
**Tel: 1 732 763 8622**


 **Confidentiality Notice:** This E-mail  is privileged and confidential and is intended only for the review of the party to whom it is sent. If you have received this E-mail in error, please immediately return it to Me. Unintended transmission shall not constitute waiver of any privilege.